# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Mark Hay, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>   vs.<br><br>United Development Funding IV, UMT Services, Inc., UMTH General Services, L.P., UMTH Land Development, L.P., UMT Holdings, L.P.,<br><br>Hollis M. Greenlaw, Todd Etter, Cara D. Obert, David A. Hanson, Scot W. O'Brien, Phillip K. Marshall, J. Heath Malone, Steven J. Finkle, Michael K. Wilson, Ben L. Wissink, Robert Laak, Melissa H. Youngblood, J. Brandon Jester,<br><br>Nicholas S. Schorsch, William Kahane, John H. Grady, Louisa H. Quarto, Kamal Jafarnia, Joseph Neary, Brian S. Block, William A. MacGillivray, Ralph L. Roth, Daniel S. Beaton, Edward M. Weil Jr.,<br><br>Centurion American Development Group, Mehrdad Moayedi, and<br><br>Whitley Penn LLP<br>        Defendants. | CASE No. 4:16-cv-00188-O<br><br><br><br><br><br><br><br><br><br>**NOTICE OF DISMISSAL OF ACTION AS AGAINST DEFENDANTS JOSEPH NEARY AND RALPH L. ROTH** |

    Pursuant to Federal Rule of Civil Procedure 41(a), Defendants Joseph Neary and Ralph L. Roth are voluntarily dismissed from the action without prejudice.

1

Date: April 8, 2016				Respectfully submitted,


/s/ Alan L. Rosca

Alan L. Rosca, Esq. (admitted *Pro Hac Vice*)
Colin R. Ray, Esq. (admitted *Pro Hac Vice*)
**PEIFFER, ROSCA, WOLF, ABDULLAH, CARR & KANE, A PROFESSIONAL LAW CORPORATION**
1422 Euclid Avenue, Suite 1610
Cleveland, Ohio 44114
Telephone: (216) 589-9280
Facsimile: (888) 411-0038
E-mail: arosca@prwlegal.com
E-mail: cray@prwlegal.com

Richard A. Lewins, Esq., TX Bar No. 794163
**LEWINS LAW**
7920 Belt Line Road, Suite 650
Dallas, Texas 75254
Telephone: (972) 934-1313
Facsimile: (972) 231-3983
E-mail: rlewins@lewinslaw.com

John A. Kehoe, Esq. (*Pro Hac Vice* Pending)
Benjamin J. Hinerfeld, Esq. (*Pro Hac Vice* Pending)
**THE KEHOE LAW FIRM**
2 Penn Center, Suite 1020
1500 JFK Blvd.
Philadelphia, PA 19102
Telephone: (215) 792-6676
E-mail: jkehoe@kehoelawfirm.com
E-mail: ben@kehoelawfirm.com

*Attorneys for Plaintiff*

## Certificate of Service

I, Alan L. Rosca, hereby certify that on April 8, 2016, I caused the foregoing document to be served upon all parties to the above cause via First-Class Mail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April, 2016, at Cleveland, Ohio.

_/s/ Alan L. Rosca_