# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| Mark Hay and Paul Brown, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | No. 4:16-cv-00188-M |
| vs. | Honorable Barbara M. G. Lynn |
| United Development Funding IV, et al. | |
| Defendants. | |

## MOTION TO EXTEND STAY OF PROCEEDINGS

Plaintiffs Mark Hay and Paul Brown ("Plaintiffs") and the undersigned parties named as Defendants in the Amended Class Action Complaint (collectively, the "Parties"), by and through their respective counsel, hereby move the Court for an Order (i) staying all proceedings in this action for an additional period of 45 days for the purpose of affording the Parties an opportunity to continue their consideration and discussion of the possible early resolution of this matter; and (ii) granting all Defendants a period of 45 days after the conclusion of the stay of proceedings within which to move, answer or otherwise respond to the Amended Class Action Complaint.  In support thereof, the Parties state as follows:

1.  The original Complaint in this action was filed by Plaintiff Mark Hay on March 8, 2016, alleging, *inter alia*, violations of the Texas Securities Act.  ECF No. 1.  This action initially was assigned to the docket of the Honorable Judge Reed C. O'Connor.

2.  On June 8, 2016, Plaintiff Mark Hay, joined by Plaintiff Paul Brown, filed an Amended Class Action Complaint (the "Amended Complaint").  ECF No. 25.

3. As a result of telephonic conferences occurring in this action in June 2016, the Parties agreed to discuss and consider the possible early resolution of this matter and the possibility of engaging in formal mediation. The Parties reached this agreement without waiver of any arguments, contentions, claims or defenses, and with each of the Parties reserving all rights in the event their discussions prove unproductive.

4. On July 7, 2016, the Parties filed a Joint Report and Motion to Stay Proceedings in which the Parties moved the Court for an Order staying all proceedings in this action for a period of 120 days for the purpose of affording the Parties an opportunity to consider and discuss the possible early resolution of this matter and, if warranted, to initiate formal mediation. ECF No. 34.

5. On July 19, 2016, the Court entered an Order granting the Joint Report and Motion to Stay Proceedings. ECF No. 35.

6. Following the selection of a mediator and agreement upon a date convenient for the Parties and the mediator, on November 9, 2016, the Parties engaged in mediation conducted by David Seidler, currently of the law firm of Lacy Lyster Malone & Steppick, PLLC.[1] The mediation was attended by counsel for Plaintiffs, counsel for the UDF Entity Defendants[2] and the UDF Independent Trustees,[3] counsel for defendant Whitley Penn LLP, counsel for defendants AR Capital, LLC and American Realty Capital Residential Advisors, LLC, counsel

---

[1] At the time of the mediation, Mr. Seidler was with the law firm of Shannon, Gracey, Ratliff & Miller, LLP.

[2] The UDF Entity Defendants include defendants United Development Funding IV, United Development Funding Income Fund V, UMT Services, Inc., UMTH General Services, L.P., UMTH Land Development, L.P., UMT Holdings, L.P., UDF Holdings, L.P., UDFH General Services, L.P., and UDFH Land Development, L.P.

[3] The UDF Independent Trustees include defendants Phillip K. Marshall, Steven J. Finkle, and J. Heath Malone.

for defendant Centurion American Development Group, and counsel for various individual defendants.  Also in attendance were (i) counsel for the Lead Plaintiff in the Consolidated Securities Litigation; (ii) counsel for the plaintiffs in a shareholder derivative action styled *Richard Evans v. Hollis M. Greenlaw, et al.*, Case No. 3:16-cv-00635-M (pending in the United States District Court for the Northern District of Texas)[4]; and (iii) counsel representing plaintiffs in three shareholder derivative actions purportedly brought on behalf of United Development Funding IV and pending in Tarrant County, Texas,[5] in which certain of the undersigned defendants also have been named.

7. On November 16, 2016, the Parties filed a Motion to Extend Stay of Proceedings seeking an extension of an additional 45 days for the purpose of affording the Parties an opportunity to continue their consideration and discussion of the possible early resolution of this matter.  ECF No. 37.

8. On November 21, 2016, the Court entered an Order granting the Motion to Extend Stay of Proceedings.  ECF No. 38.

9. Pursuant to the Court's November 21, 2016 Order granting the Motion to Extend Stay of Proceedings, the stay of proceedings ended on January 3, 2017, followed by a period of

---

[4] By Order of this Court entered May 18, 2016, the *Evans* Derivative Action was stayed pending final judgment or other final order in the Consolidated Securities Litigation.  *Evans* Derivative Action, ECF No. 47.  The Second Amended Class Action Complaint of the Lead Plaintiff in the Consolidated Securities Litigation currently is not due to be filed until 60 days after United Development Funding IV releases its audited financial statements for the annual period ending December 31, 2015, and for the quarter ending March 31, 2016.  (Consolidated Securities Litigation, ECF No. 45.)

[5] Those actions are styled *John Floreale v. Hollis M. Greenlaw, et al.*, Cause No. 342-284220-16 (pending in the 342nd District Court in Tarrant County, Texas); *Kenneth Knoll v. Hollis M. Greenlaw, et al.*, Cause No. 048-286599-16 (pending in the 48th District Court in Tarrant County, Texas); and *Ted Frey v. Hollis M. Greenlaw, et al.*, Cause No. 096-287723-16 (pending in the 96th District Court in Tarrant County, Texas).

45 days within which Defendants are to move, answer or otherwise respond to the Amended Complaint.

10. Since the November 9, 2016 mediation, the parties to the various litigations have continued to discuss the possible early resolution of the matters pending before this Court. Although the parties to the various litigations have been unable to reach agreement to date, the Parties believe that further discussions, including possible additional mediation sessions before Mr. Seidler, are warranted. In light of the foregoing, the Parties respectfully request: (i) a stay of all proceedings in this action for an additional period of 45 days to afford the Parties the opportunity to further explore the possible early resolution of this matter; and (ii) in the event the Parties are unable to reach an early resolution of this matter during the requested stay of proceedings, that all Defendants be granted a period of 45 days from the conclusion of the requested stay within which to move, answer or otherwise respond to the Amended Class Action Complaint.

11. The relief requested herein is sought in good faith, in the interest of judicial economy, and not for purposes of delay. No prejudice will result from the granting of the requested relief. None of the Parties are opposed to the relief sought herein.

WHEREFORE, Plaintiffs Mark Hay and Paul Brown and the undersigned Defendants respectfully move the Court for an Order (i) staying all proceedings in this action for an additional period of 45 days for the purpose of affording the Parties an opportunity to continue their consideration and discussion of the possible early resolution of this matter; and (ii) granting all Defendants a period of 45 days after the conclusion of the stay of proceedings within which to move, answer or otherwise response to the Amended Class Action Complaint.

                                                Respectfully submitted,

Dated: January 12, 2017                    PLAINTIFFS MARK HAY AND PAUL BROWN

                                                By: */s/ Alan. L. Rosca*
                                                Alan L. Rosca*
                                                arosca@prwlegal.com
                                                Colin R. Ray*
                                                cray@prwlegal.com
                                                **PEIFFER, ROSCA, WOLF, ABDULLAH, CARR & KANE, A PROFESSIONAL LAW CORPORATION**
                                                1422 Euclid Avenue, Suite 1610
                                                Cleveland, Ohio 44114
                                                Telephone: (216) 589-9280
                                                Facsimile: (888) 411-0038
                                                **Pro Hac Vice*

                                                Michael Yarnoff*
                                                myarnoff@kehoelawfirm.com
                                                **THE KEHOE LAW FIRM**
                                                2 Penn Center, Suite 1020
                                                1400 JFK Boulevard
                                                Philadelphia, Pennsylvania 19102
                                                Telephone: (215) 792-6676
                                                **Pro Hac Vice*

                                                Richard A. Lewins
                                                Texas State Bar No. 00794163
                                                rlewins@lewinslaw.com
                                                **LEWINS LAW**
                                                7920 Belt Line Road, Suite 650
                                                Dallas, Texas 75254
                                                Telephone: (972) 934-1313
                                                Facsimile: (972) 231-3983

                                                *Counsel for Mark Hay and Paul Brown*

| | |
|---|---|
| Dated: January 12, 2017 | DEFENDANTS UNITED DEVELOPMENT FUNDING IV, UMT SERVICES, INC., UMTH GENERAL SERVICES, L.P., UMTH LAND DEVELOPMENT, L.P., UMT HOLDINGS, L.P., UNITED DEVELOPMENT FUNDING INCOME FUND V, UDF HOLDINGS, L.P., UDFH GENERAL SERVICES, L.P., UDFH LAND DEVELOPMENT, L.P., STEVEN J. FINKLE, J. HEATH MALONE, AND PHILLIP K. MARSHALL |
| | By: */s/ John R. Hardin* |
| | John R. Hardin |
| | john.hardin@klgates.com |
| | **K&L GATES LLP** |
| | 1717 Main Street, Suite 2800 |
| | Dallas, Texas 75201 |
| | Telephone: (214) 939-5612 |
| | Facsimile: (214) 939-5849 |
| | |
| | John W. Rotunno* |
| | john.rotunno@klgates.com |
| | Paul J. Walsen* |
| | paul.walsen@klgates.com |
| | Joseph C. Wylie* |
| | joseph.wylie@klgates.com |
| | Matthew A. Alvis* |
| | matthew.alvis@klgates.com |
| | **K&L GATES LLP** |
| | 70 West Madison Street, Suite 3100 |
| | Chicago, Illinois 60602-4207 |
| | Telephone: (312) 372-1121 |
| | Facsimile: (312) 827-8000 |
| | *\*Pro Hac Vice Motions to be Submitted for Service as Counsel for United Development Funding IV, UMT Services, Inc., UMTH General Services, L.P., UMTH Land Development, L.P., UMT Holdings, L.P., United Development Funding V, UDF Holdings, L.P., UDFH General Services, L.P., UDFH Land Development, L.P., Steven J. Finkle, J. Heath Malone, and Phillip K. Marshall* |

Dated: January 12, 2017                      DEFENDANT HOLLIS M. GREENLAW

                                                                     By: */s/ Camille M. Knight*
Camille M. Knight
Texas State Bar No. 24027124
cknight@bp-g.com
Michael P. Gibson
Texas State Bar No. 7871500
mgibson@bp-g.com
**BURLESON, PATE & GIBSON LLP**
900 Jackson Street Suite 330
Dallas, Texas 75202
Telephone: (214) 871-4900
Facsimile: (214) 871-7543

*Counsel for Hollis M. Greenlaw*

Dated: January 12, 2017                      DEFENDANT TODD ETTER

By: */s/ Ritch Roberts, III*
R. Ritch Roberts, III
Texas Bar No. 24041794
rroberts@fhsulaw.com
Michael J. Uhl
Texas Bar No. 20371050
muhl@fhsulaw.com
**FITZPATRICK, HAGOOD, SMITH & UHL, LLP**
2515 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Telephone: (214) 237-0900
Facsimile: (214) 237-0901

*Counsel for Todd Etter*

Dated: January 12, 2017    DEFENDANT CARA D. OBERT

By: */s/ Evan P. Singer*
Evan P. Singer
Texas State Bar No. 24037501
epsinger@jonesday.com
Weston C. Loegering
Texas State Bar No. 1281550
wcloegering@jonesday.com
**JONES DAY**
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 969-5264
Facsimile: (214) 969-5100

*Counsel for Cara D. Obert*


Dated: January 12, 2017    DEFENDANTS SCOT W. O'BRIEN, EUSTACE MITA, AND DAVID A. HANSON

By: */s/ Stewart H. Thomas*
Stewart H. Thomas
Texas State Bar No. 19868950
sthomas@hallettperrin.com
Tom M. Dees, III
Texas State Bar No. 24034412
tdees@hallettperrin.com
Elizabeth A. Fitch
Texas State Bar No. 24075777
efitch@hallettperrin.com
**HALLETT & PERRIN PC**
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Telephone: (214) 922-4114
Facsimile: (214) 922-4160

*Counsel for Scot W. O'Brien, Eustace Mita, and David A. Hanson*

Dated: January 12, 2017 DEFENDANT MICHAEL K. WILSON

By: */s/ Cliff Stricklin*
Cliff Stricklin*
cliff.stricklin@bryancave.com
Andrew Spaniol*
andrew.spaniol@bryancave.com
**BRYAN CAVE LLP**
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200
*Pro Hac Vice Motions to be Submitted*

*Counsel for Michael K. Wilson*

Dated: January 12, 2017 DEFENDANT BEN L. WISSINK

By: */s/ Matthew G. Nielson*
Matthew G. Nielson
Texas Bar No. 2403279
matthewnielsen@andrewskurth.com
James J. Dewald
Texas Bar No. 24001990
jaydewald@andrewskurth.com
**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

*Counsel for Ben L. Wissink*

9

Dated: January 12, 2017					DEFENDANT MELISSA H. YOUNGBLOOD

By: */s/ Gene Besen*
Gene Besen
Texas State Bar No. 24039910
gbesen@grayreed.com
Angela L. Brown
Texas State Bar No. 24034533
abrown@grayreed.com
**GRAY REED & MCGRAW, P.C.**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332

*Counsel for Melissa H. Youngblood*

Dated: January 12, 2017					DEFENDANT J. BRANDON JESTER

By: */s/ Jeffrey J. Ansley*
Jeffrey J. Ansley
jansley@bellnunnally.com
Gregory D. Kelminson
gkelminson@bellnunnally.com
**BELL, NUNNALLY & MARTIN LLP**
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75202
Telephone: (214) 740-1400
Facsimile: (214) 740-1499

*Counsel for J. Brandon Jester*

| Dated: January 12, 2017 | DEFENDANTS AR CAPITAL, LLC, AMERICAN REALTY CAPITAL RESIDENTIAL ADVISORS, LLC, AND LOUISA H. QUARTO |
|---|---|

By: */s/ Michelle A. Reed*
Michelle A. Reed
Texas State Bar No. 24041758
mreed@akingump.com
M. Scott Barnard
Texas State Bar No. 24001690
sbarnard@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Counsel for AR Capital, LLC, American Realty Capital Residential Advisors, LLC, and Louisa H. Quarto*

| Dated: January 12, 2017 | DEFENDANT KAMAL JAFARNIA |
|---|---|

By: */s/ Bobby G. Pryor*
Bobby G. Pryor
Texas State Bar No. 16373720
bpryor@pryorandbruce.com
Dana G. Bruce
Texas State Bar No. 03232032
dbruce@pryorandbruce.com
Michael H. Lilly, Of Counsel
Texas State Bar No. 24026845
mlilley@pryorandbruce.com
**PRYOR & BRUCE**
302 North San Jacinto
Rockwall, Texas 75087
Telephone: (972) 771-3933
Facsimile: (972) 771-8343

*Counsel for Kamal Jafarnia*

| | |
|---|---|
| Dated: January 12, 2017 | DEFENDANT BRIAN S. BLOCK |// 

Dated: January 12, 2017                          DEFENDANT BRIAN S. BLOCK

By: */s/ Michael C. Miller*
Michael C. Miller*
mmiller@steptoe.com
Michael G. Scavelli*
mscavelli@steptoe.com
**STEPTOE & JOHNSON LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3900
Facsimile: (212) 506-3950

Lara E. Romansic*
lromansic@steptoe.com
Molly Bruder Fox*
mbfox@steptoe.com
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
**Pro Hac Vice Motions to be Submitted*

*Counsel for Brian S. Block*

Dated: January 12, 2017                          DEFENDANT WHITLEY PENN LLP

By: */s/ John C. Wander*
John C. Wander
Texas State Bar No. 00791877
jwander@velaw.com
Amy Tankersley
Texas State Bar No. 24068623
atankersley@velaw.com
Craig Zieminski
Texas State Bar No. 24066331
czieminski@velaw.com
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Telephone: (214) 220-7700
Facsimile: (214) 999-7716

*Counsel for Whitley Penn LLP*

12

Dated: January 12, 2017

DEFENDANTS CENTURION
AMERICAN DEVELOPMENT GROUP
AND MEHRDAD MOAYEDI

By: */s/ Brian K. Norman*
Brian K. Norman
Texas State Bar No. 00797161
bkn@snlegal.com
C. Gregory Shamoun
Texas State Bar No. 18089650
g@snlegal.com
Jonathan J. Cunningham
Texas State Bar No. 00793574
jjc@snlegal.com
**SHAMOUN & NORMAN LLP**
1800 Valley View Lane, Suite 200
Farmers Branch, Texas 75234
Telephone: (214) 987-1745
Facsimile: (214) 521-9033

*Counsel for Centurion American
Development Group and Mehrdad Moayedi*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.1(d), I certify that all counsel of record who have appeared in this case received a copy of this document via the Court's CM/ECF system on January 12, 2017.

*/s/ John R. Hardin*
John R. Hardin