UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MARK HAY and PAUL BROWN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED DEVELOPMENT FUNDING IV, ET AL.<br><br>　　　　　　Defendants. | §§§§§§§§§§§  Case No. 4:16-cv-0188-M |

## ORDER

Before the Court is a Joint Status Report [ECF #91], filed by Plaintiffs Mark Hay and Paul Brown and Defendant Whitley Penn LLP ("Whitley Penn"). By their report, the parties represent that Plaintiffs and Whitely Penn have reached a settlement agreement and have executed a Memorandum of Understanding binding the parties to a class settlement. Plaintiffs further represent that they are actively involved in settlement negotiations with other defendants in this lawsuit and request additional time to coordinate their settlement activities amongst all the parties. Accordingly, Plaintiffs and Whitley Penn request that the deadline for Plaintiffs to file a Motion for Preliminary Approval of their settlement be extended until August 1, 2017.

The Court GRANTS the parties' request for an extended deadline for filing a motion for preliminary settlement approval. Plaintiffs must file a Motion for Preliminary Approval of their settlement with Whitley Penn on or before **August 1, 2017.**

Whitely Penn's Rule 12(b)(6) Motion to Dismiss [ECF #45] is DENIED as moot.

SO ORDERED.

June 5, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE