UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Mark Hay and Paul Brown, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>United Development Funding IV, United Development Funding V, UMT Services, Inc., UMTH General Services, L.P., UMTH Land Development, L.P., UMT Holdings, L.P., UMT Services, Inc., UDF Holdings, L.P., UDF General Services, L.P., UDFH Land Development, L.P.,<br><br>Hollis M. Greenlaw, Todd Etter, Cara D. Obert, David A. Hanson, Scot W. O'Brien, Phillip K. Marshall, J. Heath Malone, Steven J. Finkle, Michael K. Wilson, Ben L. Wissink, Eustace W. Mita, Melissa H. Youngblood, J. Brandon Jester,<br><br>AR Capital, LLC, American Realty Capital Residential Advisors, LLC<br><br>Nicholas S. Schorsch, William Kahane, Louisa H. Quarto, Kamal Jafarnia, Brian S. Block, Peter M. Budko, Edward M. Weil Jr.,<br><br>Centurion American Development Group, Mehrdad Moayedi, and<br><br>Whitley Penn LLP,<br><br>    Defendants. | CASE No. 4:16-cv-00188-M |

**ORDER ON JOINT MOTION TO STAY FILING OF**
**<u>PRELIMINARY APPROVAL PAPERS OF SETTLEMENT</u>**

1

Before the Court is a Joint Motion to Stay Filing of Preliminary Approval Papers of Settlement filed by Plaintiffs Mark Hay and Paul Brown and Defendant Whitley Penn LLP ("Whitley Penn") (collectively, "Parties").  The Parties previously informed the Court that they have executed a Memorandum of Understanding binding the Parties to a class settlement.  The Court set a deadline of August 1, 2017 for Plaintiffs to file a Motion for Preliminary Approval of Settlement.  Plaintiffs represent that they are actively involved in settlement negotiations with other defendants in this lawsuit, including engaging in limited discovery to assist in reaching a final settlement with the UDF Defendants. This limited discovery is scheduled to be completed by August 31, 2017. Plaintiffs request additional time to coordinate their settlement activities amongst all the parties, with the goal of submitting a single, global settlement agreement and motion for approval. Accordingly, Plaintiffs and Whitley Penn request that the filing of preliminary settlement papers be presently stayed and that the Parties submit an updated status report to the Court on or before August 31, 2017.  If a global settlement has been reached by August 31, 2017, the Parties can submit a revised schedule for filing of preliminary approval papers.

The Court GRANTS the Parties' Joint Motion [ECF #100] and stays the filing of preliminary settlement papers at this time. The Court further ORDERS that the Parties file a joint status report on or before **August 31, 2017** updating the Court on the progress of a global settlement.

SO ORDERED

August 2, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE