**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| Mark Hay and Paul Brown, individually and on behalf of all others similarly situated, | |
|       Plaintiffs, | |
|   vs. | No. 4:16-cv-00188-M |
| United Development Funding IV, et al., | |
|       Defendants. | |

## ORDER

Before the Court is an "Agreed Joint Motion to Suspend Briefing, and Defer Ruling on Defendants' Pending Motions to Dismiss Pending Consideration of the Parties' Proposed Settlement" (ECF No. 128).  After consideration, the Motion is **GRANTED**.

**SO ORDERED**.

March 29, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE